# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KHOKAR SHUJAUDDIN,** *et al.* | : | **CIVIL ACTION** |
| *Plaintiffs* | : | |
| | : | **NO. 19-0876** |
| **v.** | : | |
| | : | |
| **BERGER BUILDING PRODUCTS,** | : | |
| **INC.,** *et al.* | : | |
| *Defendants* | : | |

## ORDER

**AND NOW**, this 18th day of April 2023, upon consideration of Defendant The Heim Group's ("Heim") *motion for summary judgment*, [ECF 122], Plaintiff Khokar Shujauddin's ("Plaintiff") response in opposition, [ECF 126], and Heim's reply, [ECF 134], and for the reasons set forth in the accompanying Memorandum Opinion, it is hereby **ORDERED** that the motion is **GRANTED**, *in part*, and **DENIED**, *in part*, as follows:

1. The motion for summary judgment is **DENIED** as to Plaintiff's claim against Heim for strict liability based on a design defect;

2. The motion for summary judgment is **DENIED** as to Plaintiff's claim against Heim for negligence based on a design defect;

3. The motion for summary judgment is **GRANTED** as to Plaintiff's claim against Heim for strict liability based on failure to warn;

4. The motion for summary judgment is **GRANTED** as to Plaintiff's claim against Heim for negligence based on failure to warn; and

5. The motion for summary judgment is **GRANTED** as to Plaintiff's claims against Heim for breach of the implied warranties of merchantability and fitness for a particular purpose.

**BY THE COURT:**

/s/ *Nitza I. Quiñones Alejandro*

**NITZA I. QUIÑONES ALEJANDRO**
*Judge, United States District Court*