# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **KHOKAR SHUJAUDDIN,** *et al.* | : | **CIVIL ACTION** |
| *Plaintiffs* | : | |
| | : | **NO. 19-0876** |
| **v.** | : | |
| | : | |
| **BERGER BUILDING PRODUCTS, INC.,** *et al.* | : | |
| | : | |
| *Defendants* | : | |

# ORDER

**AND NOW**, this 5th day of June 2023, upon consideration of the *motion for summary judgment* filed by Defendants Automation Direct f/k/a PLC Direct and Comepi S.R.L. (collectively, "Defendants"), [ECF 121], Plaintiff Khokar Shujauddin's ("Plaintiff") response in opposition, [ECF 127], and Defendants' reply, [ECF 131], it is hereby **ORDERED** that, for the reasons set forth in the accompanying Memorandum Opinion, the motion is **DENIED**.

        **BY THE COURT:**

        /s/ *Nitza I. Quiñones Alejandro*
        **NITZA I. QUIÑONES ALEJANDRO**
        *Judge, United States District Court*